1  MAUREEN E. MCCLAIN, Bar No. 062050
   AMANDA N. FU, Bar No. 254287
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5  Fax No:       415.399.8  490
   E-mail:       mmcclain@littler.com
6                afu@littler.com

7  Attorneys for Defendant
   DOLLAR TREE STORES, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11  RONALD MOORE,                          Case No.  1:12-CV-00769-LJO-GSA

12              Plaintiff,                  **STIPULATION AND ORDER TO
                                            EXTEND DEFENDANT DOLLAR
13       v.                                 TREE STORES, INC.'S TIME TO
                                            FILE RESPONSIVE PLEADING**
14  ARCE FRESNO LLC; KERA FRESNO
    LLC; REMEDIOS FRESNO, LLC; DHS
15  FRESNO, LLC; PHAN FRESNO, LLC;
    RALPH KERR AND JUDITH KERR dba         COMPLAINT FILED:  May 10, 2012
16  BJ'S KOUNTRY KITCHEN; SAVE             TRIAL DATE:  No date set.
    MART SUPERMARKETS dba SAVE
17  MART #19; DOLLAR TREE STORES,
    INC. dba DOLLAR TREE STORE #1261;
18  KOROOSH ZAGHI dba ARBY'S #5524;
    P.S. BHULAR AND SURINDER
19  BHULAR dba VARSITY LIQUOR,

20              Defendants.

21

22                         **STIPULATION**

23       WHEREAS, Plaintiff RONALD MOORE ("Plaintiff") has filed a Complaint, alleging four

24  causes of action and seeking various forms of relief;

25       WHEREAS, Defendant DOLLAR TREE STORES, INC. ("Defendant") has been served with

26  Plaintiff's Complaint;

27       WHEREAS, the parties previously agreed and stipulated to a responsive deadline of June 25,

28  2012; and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION TO EXTEND DEFENDANT'S
TIME TO FILE RESPONSIVE PLEADING                    Case No.  1:12-CV-00769-LJO-GSA

1    WHEREAS, the parties have agreed and stipulated to a second extension of Defendant's

2  deadline to file a responsive pleading due to ongoing settlement negotiations.

3    THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their

4  respective counsel, that Defendant's deadline for filing a responsive pleading will be extended to

5  July 16, 2012.

6

7  I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL
   PERSONS REQUIRED TO SIGN IT.

8

9

10 Dated: June 19, 2012          By:  _/s/ Tanya Moore_____
                                      Tanya Moore, Esq.
11                                     MOORE LAW FIRM, P.C.
                                      Attorneys for Plaintiff Ronald Moore
12

13 Dated: June 19, 2012          By:  _/s/ Maureen E. McClain_____
                                      Maureen E. McClain, Esq.
14                                     LITTLER MENDELSON, P.C.
                                      Attorneys for Defendant Dollar Tree Stores, Inc.
15

16

17

18                              **ORDER**

19

20

21

22

23 IT IS SO ORDERED.

24    Dated:   **June 20, 2012**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE
25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION TO EXTEND DEFENDANT'S              2.              Case No.  1:12-CV-00769-LJO-GSA
TIME TO FILE RESPONSIVE PLEADING