1   MAUREEN E. MCCLAIN, Bar No. 062050
    AMANDA N. FU, Bar No. 254287
2   LITTLER MENDELSON
    A Professional Corporation
3   650 California Street
    20th Floor
4   San Francisco, CA  94108.2693
    Telephone:    415.433.1940
5   Fax No:        415.399.8 490
    E-mail:        mmcclain@littler.com
6                  afu@littler.com

7   Attorneys for Defendant
    DOLLAR TREE STORES, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11  RONALD MOORE,                    Case No.  1:12-CV-00769-LJO-GSA

12              Plaintiff,           **STIPULATION AND ORDER TO
                                     EXTEND DEFENDANT DOLLAR
13       v.                          TREE STORES, INC.'S TIME TO
                                     FILE RESPONSIVE PLEADING**
14  ARCE FRESNO LLC; KERA FRESNO
    LLC; REMEDIOS FRESNO, LLC; DHS
15  FRESNO, LLC; PHAN FRESNO, LLC;
    RALPH KERR AND JUDITH KERR dba   COMPLAINT FILED:  May 10, 2012
16  BJ'S KOUNTRY KITCHEN; SAVE       TRIAL DATE:  No date set.
    MART SUPERMARKETS dba SAVE
17  MART #19; DOLLAR TREE STORES,
    INC. dba DOLLAR TREE STORE #1261;
18  KOROOSH ZAGHI dba ARBY'S #5524;
    P.S. BHULAR AND SURINDER
19  BHULAR dba VARSITY LIQUOR,

20              Defendants.

21

22                        **STIPULATION**

23          WHEREAS, Plaintiff RONALD MOORE ("Plaintiff") has filed a Complaint, alleging four

24  causes of action and seeking various forms of relief;

25          WHEREAS, Defendant DOLLAR TREE STORES, INC. ("Defendant") has been served with

26  Plaintiff's Complaint;

27          WHEREAS, the parties previously agreed and stipulated to a responsive deadline of June 25,

28  2012; and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION TO EXTEND DEFENDANT'S
TIME TO FILE RESPONSIVE PLEADING                    Case No.  1:12-CV-00769-LJO-GSA

WHEREAS, the parties have agreed and stipulated to a second extension of Defendant's deadline to file a responsive pleading due to ongoing settlement negotiations.

THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant's deadline for filing a responsive pleading will be extended to July 16, 2012.

I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN IT.

Dated: June 19, 2012             By:   _/s/ Tanya Moore_____
                                       Tanya Moore, Esq.
                                       MOORE LAW FIRM, P.C.
                                       Attorneys for Plaintiff Ronald Moore

Dated: June 19, 2012             By:   _/s/ Maureen E. McClain_____
                                       Maureen E. McClain, Esq.
                                       LITTLER MENDELSON, P.C.
                                       Attorneys for Defendant Dollar Tree Stores, Inc.

**ORDER**

IT IS SO ORDERED.

Dated:   **June 20, 2012**              _____ **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION TO EXTEND DEFENDANT'S
TIME TO FILE RESPONSIVE PLEADING

2.

Case No.  1:12-CV-00769-LJO-GSA