K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, <br><br>            Plaintiff, <br><br>      vs. <br><br> ARCE FRESNO LLC, et al., <br><br>            Defendants. | No.  1:12-CV-00769-LJO-GSA <br><br> **STIPULATION FOR DISMISSAL OF DOLLAR TREE STORES, INC. <u>ONLY</u>; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Dollar Tree Stores, Inc., by and through their respective counsel, that ONLY Defendant Dollar Tree Stores, Inc. is dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: July 11, 2012                                                       MOORE LAW FIRM, P.C.


                                                                          /s/Tanya E. Moore
                                                                          Tanya E. Moore
                                                                          Attorney for Plaintiff Ronald Moore

///

*Moore v. ARCE Fresno LLC, et al.*
Stipulation for Dismissal of Dollar Tree Stores, Inc. Only; [Proposed] Order
Page 1

1  Date: July 11, 2012                                          LITTLER MENDELSON, P.C.

2

3
                                                                /s/ Amanda Fu
4                                                               Amanda Fu
                                                                Attorneys for Defendant Dollar Tree Stores,
5                                                               Inc.

6

7                                          **ORDER**

8

9       The parties having so stipulated,

10      IT IS HEREBY ORDERED that ONLY Defendant Dollar Tree Stores, Inc. is dismissed

11 with prejudice from this action.  The clerk is directed not to close this action.

12

13

14 IT IS SO ORDERED.

15    Dated:   **July 11, 2012**                    **/s/ Lawrence J. O'Neill**
16                                                  UNITED STATES DISTRICT JUDGE

*Moore v. ARCE Fresno LLC, et al.*
Stipulation for Dismissal of Dollar Tree Stores, Inc. Only; [Proposed] Order
Page 2