1
2
3
4
5
6                         UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    RONALD MOORE,                          CASE NO. CV F 12-0769 LJO GSA

10                      Plaintiff,          **ORDER AFTER SETTLEMENT**
             vs.                            (Doc. 31.)
11
     ARCE FRESNO, LLC, et al.,
12
                        Defendants.
13   _____/

14          Plaintiff's counsel notified this Court that settlement has been reached with defendant Save Mart

15   Supermarkets only.  Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiff, **no later**

16   **than August 24, 2012,** to file appropriate papers to dismiss or conclude this action as to defendant Save

17   Mart Supermarkets, or to show good cause why the action as to defendant Save Mart Supermarkets has

18   not been dismissed or concluded.

19          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

20   parties who contributed to violation of this order.  *See* Local Rules160 and 272.   This Court

21   ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil

22   Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems

23   appropriate.

24          IT IS SO ORDERED.

25   **Dated:    July 24, 2012**              _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE
26

27

28