Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ARCE FRESNO LLC, et al.,<br><br>　　　　　Defendants. | No. 1:12-CV-00769-LJO-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS P.S. BHULAR AND SURINDER BHULAR dba VARSITY LIQUOR ONLY; ORDER** |

　　　WHEREAS, Defendants P.S. Bhular and Surinder Bhular doing business as Varsity Liquor ("Defendants") have not filed an answer or motion for summary judgment;

　　　WHEREAS, Plaintiff Ronald Moore ("Plaintiff") and Defendants have settled the matter as between themselves;

　　　WHEREAS, no counterclaim or cross-claim has been filed;

　　　Plaintiff hereby respectfully requests that only Defendants P.S. Bhular and Surinder Bhular doing business as Varsity Liquor be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 1, 2012　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Ronald Moore

## ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that <u>only</u> Defendants P.S. Bhular and Surinder Bhular doing business as Varsity Liquor be dismissed with prejudice from this action. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

Dated:   **August 1, 2012**                                  **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE