Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARCE FRESNO LLC, et al.,<br><br>　　　　Defendants. | No. 1:12-CV-00769-LJO-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SAVE MART SUPERMARKETS <u>ONLY</u>; ORDER** |

**WHEREAS**, Defendant Save Mart Supermarkets ("Defendant") has not filed an answer or motion for summary judgment;

**WHEREAS**, Plaintiff Ronald Moore ("Plaintiff") and Defendant have settled the matter as between themselves;

**WHEREAS**, no counterclaim or cross-claim has been filed;

**WHEREFORE**, Plaintiff hereby respectfully requests that <u>only</u> Defendant Save Mart Supermarkets be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 22, 2012　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
///　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Ronald Moore

1 **ORDER**

2     Good cause appearing,

3     <u>Only</u> Defendant Save Mart Supermarkets be dismissed with prejudice from this action.

IT IS SO ORDERED.

    Dated:   **August 22, 2012**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE