1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                          ) No.  1:12-CV-00769-LJO-MJS
                                          )
12        Plaintiff,                      ) **STIPULATION FOR DISMISSAL OF**
                                          ) **DEFENDANTS ARCE FRESNO LLC,**
13   vs.                                  ) **KERA FRESNO LLC, REMEDIOS**
                                          ) **FRESNO, LLC, DHS FRESNO, LLC AND**
14 ARCE FRESNO, LLC, et al.,              ) **PHAN FRESNO, LLC ONLY; ORDER**
                                          )
15        Defendants.                     )
                                          )
16                                        )
                                          )
17 _____ )

18      IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and

19 Defendants ARCE Fresno LLC, Kera Fresno LLC, Remedios Fresno, LLC, DHS Fresno, LLC

20 and Phan Fresno, LLC only ("Defendants"), by and through their respective counsel, that

21 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), only Defendants ARCE Fresno

22 LLC, Kera Fresno LLC, Remedios Fresno, LLC, DHS Fresno, LLC and Phan Fresno, LLC be

23 dismissed with prejudice from this action.

24 Date: February 6, 2013                    MOORE LAW FIRM, P.C.

25

26
                                            /s/Tanya E. Moore
27                                          Tanya E. Moore
                                            Attorney for Plaintiff Ronald Moore
28



*Moore v. ARCE Fresno, LLC, et al.*
Stipulation for Dismissal and [Proposed] Order
                                            Page 1

1 | Date: February 5, 2013              FORD, WALKER, HAGGERTY & BEHAR

*/s/ Tina I. Mangarpan*
Tina I. Mangarpan
Attorneys for Defendants ARCE FRESNO LLC, KERA FRESNO LLC, REMEDIOS FRESNO, LLC, DHS FRESNO, LLC and PHAN FRESNO, LLC

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that only Defendants ARCE Fresno LLC, Kera Fresno LLC, Remedios Fresno, LLC, DHS Fresno, LLC and Phan Fresno, LLC be dismissed with prejudice from this action. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **February 6, 2013**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

*Moore v. ARCE Fresno, LLC, et al.*
Stipulation for Dismissal and [Proposed] Order

Page 2