Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-cv-00769-LJO-MJS |
| Plaintiff, | **REQUEST FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| ARCE FRESNO, LLC, et al., | |
| Defendants. | |

WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), has settled the above-captioned matter with all defendants;

WHEREAS, Plaintiff has been unable to obtain a signed stipulation from the remaining defendants, Ralph Kerr and Judith Kerr dba BJ's Kountry Kitchen, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

Plaintiff hereby respectfully requests that the Court enter the dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

//

//

| | |
|---|---|
| Date: September 9, 2013 | MOORE LAW FIRM, P.C. |

                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore
                                                   Attorneys for Plaintiff
                                                 Ronald Moore

## **ORDER**

Pursuant to the request of Plaintiff, Ronald Moore, and no cross-claim, counter-claim or third-party claim having been filed, and good cause appearing;

**IT IS HEREBY ORDERED** that be this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **September 9, 2013**          /s/ Lawrence J. O'Neill
                                                                                        UNITED STATES DISTRICT JUDGE