1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>   vs.<br><br>ARCE FRESNO, LLC, et al.,<br><br>        Defendants. | No.  1:12-cv-00769-LJO-MJS<br><br>**REQUEST FOR DISMISSAL OF ACTION; ORDER** |

WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), has settled the above-captioned matter with all defendants;

WHEREAS, Plaintiff has been unable to obtain a signed stipulation from the remaining defendants, Ralph Kerr and Judith Kerr dba BJ's Kountry Kitchen, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

Plaintiff hereby respectfully requests that the Court enter the dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

//

//

1  Date: September 9, 2013                           MOORE LAW FIRM, P.C.

3                                                   */s/ Tanya E. Moore*
                                                    Tanya E. Moore
4                                                   Attorneys for Plaintiff
                                                    Ronald Moore

## ORDER

Pursuant to the request of Plaintiff, Ronald Moore, and no cross-claim, counter-claim or third-party claim having been filed, and good cause appearing;

**IT IS HEREBY ORDERED** that be this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **September 9, 2013**              /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE